# In the United States Court of Federal Claims

No. 20-671T
(Filed: September 10, 2020)

```
*****************************************
ALEX ROSCOE BENTON, III,                *
                                        *
                Plaintiff,              *
                                        *
v.                                      *
                                        *
THE UNITED STATES,                      *
                                        *
                Defendant.              *
*****************************************
```

## ORDER

  Plaintiff in the above-captioned case, who is incarcerated in federal prison and proceeding pro se, filed an application to proceed in forma pauperis ("IFP"). In a July 15, 2020 order, the court denied the IFP application and stated that plaintiff must pay the entire $400 filing fee in full before the court takes any further action in his case. Accordingly, it directed plaintiff to pay the filing fee by August 31, 2020, and warned that a failure to do so would result in the dismissal of plaintiff's complaint pursuant to Rule 41(b) of the Rules of the United States Court of Federal Claims ("RCFC").

  As of the date of this order, plaintiff has not paid the filing fee. Thus, the court **DISMISSES** plaintiff's complaint pursuant to RCFC 41(b). The clerk shall enter judgment accordingly.

  In addition, the clerk shall send, via first class mail, copies of this order to plaintiff at his (1) record mailing address (9207 Pinehurst Lane; Grand Blanc, MI 48439) and (2) his current place of incarceration (No. 49810-039; FCI Fort Dix; Federal Correctional Institution; P.O. Box 2000; Joint Base MDL, NJ 08640).

  **IT IS SO ORDERED.**

_____
MARGARET M. SWEENEY
Chief Judge